```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------------
CHRIS MONTANEZ,

               Plaintiff,

                                    No. 03-CV-1501
     v.                                 (FJS/DRH)

M. AMBROSE, et al.,

               Defendants.
--------------------------------------------------------

**APPEARANCES:**                       **OF COUNSEL:**

CHRIS MONTANEZ
Plaintiff, Pro Se
7907 Landmark Street
Tampa, Florida  33615

HON. ELIOT SPITZER             GERALD J. ROCK, ESQ.
Attorney General for the      Assistant Attorney General
  State of New York
Attorney for Defendants
The Capitol
Albany, New York  12224

**FREDERICK J. SCULLIN, JR., C.D.J.:**

### DECISION AND ORDER

     The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge David R. Homer filed October 20, 2005, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no

objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge David R. Homer filed October 20, 2005 is **ACCEPTED** in its entirety, for the reasons stated therein; and it is further

**ORDERED,** that this action is **DISMISSED,** and it is further

**ORDERED,** that the Clerk of the Court enter judgment in favor of Defendants and against the plaintiff and close this case.

**IT IS SO ORDERED.**

DATED: February 13, 2006
       Syracuse, New York

Frederick J. Scullin, Jr.
Chief United States District Court Judge